UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| United States of America | **Order of Restitution** |
| v. | 18 Cr. 718 (PGG) |
| Christopher Howell, Jr., | |
| Defendant. | |

Upon the application of the United States of America, by its attorney, Geoffrey S. Berman, United States Attorney for the Southern District of New York, Daniel H. Wolf, Assistant United States Attorney, of counsel; the presentence report; the Defendant's conviction on Count One of the above Indictment; and all other proceedings in this case, it is hereby ORDERED that:

Christopher Howell, Jr., the Defendant, shall pay restitution in the total amount of $359 in United States currency to Sprint Corporation, the victim of the offense charged in Count One, which is located at 6480 Sprint Parkway, Overland Park, Kansas 66251. Upon advice of a change of address, the Clerk of the Court is authorized to send payments to the new address without further order of this Court.

Dated: New York, New York
Nov. 8, 2019

_____
PAUL G. GARDEPHE
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK